IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:05cv958 |
| GENERAL MILLS, INC., et al. | ) ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Motion to Dismiss of Defendants International Dairy Foods Association, Dairy Management, Inc., and National Dairy Council and the Motion to Dismiss of Defendants' [sic] General Mills, Inc., Dannon Company, Inc., McNeil Nutritionals, LLC and Lifeway Foods, Inc. are GRANTED, and it is hereby

ORDERED that the plaintiffs' First Amended Bill of Complaint be and is DISMISSED WITH PREJUDICE, and it is further

ORDERED that all claims for injunctive relief under both the Virginia Consumer Protection Act, Va Code Ann. §§ 59.1-196 - 59.1-207, and Virginia's False Advertising Statute, Va. Code Ann. § 18.2-216, in plaintiffs' Motion for Judgment be and are DISMISSED WITH PREJUDICE, and it is further

ORDERED that the remaining claims for relief on behalf of plaintiff Holmes in her individual capacity in the Motion for

Judgment be and are DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to enter judgment in the defendants favor pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 30th day of November, 2006.

                                                           /s/
                                         Leonie M. Brinkema
                                         United States District Judge

Alexandria, Virginia